PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Preston J. Thomas            Cr.: 17-00015-001
                                                                    PACTS #: 2815613

Name of Sentencing Judicial Officer:    THE HONORABLE JEROME B. SIMANDLE
                                        SENIOR UNITED STATES DISTRICT JUDGE
                                        (Assigned to the Hon. Noel L. Hillman on August 5, 2019)

Date of Original Sentence: 01/05/2018

Original Offense:    Count One: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine
                     Base, 21 U.S.C. § 846 [21 U.S.C. § 841(a)(1) & (b)(1)(B)]; a Class B felony
                     Count Two: Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking
                     Crime, 18 U.S.C. § 924(o); a Class C felony

Original Sentence: 60 months imprisonment (on each count, concurrent), 4 years supervised release on Count One and 3 years supervised release on Count Two (concurrent)

Special Conditions: Alcohol Treatment, Drug Treatment, Community Service – 100 hours (Satisfied), Mental Health Treatment, Life Skills Counseling, Support Dependents, $200 Special Assessment, Substance Abuse Testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/05/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory condition of supervision: **'The defendant shall not commit another federal, state, or local crime'** |
| | On May 9, 2023, the undersigned officer was advised that Mr. Thomas was arrested as he walked up to a residence during the execution of a search warrant. It was reported that Mr. Thomas was not an individual of concern, however, he was taken into custody for a child support warrant that had been issued the day before. Mr. Thomas was subsequently charged with Loitering, 2c:33-2.1, a disorderly persons offense in complaint S-2023-002235-0408. Mr. Thomas pled guilty as, and on October 29, 2024, Mr. Thomas was assessed a fine of $2,000. |
| | On October 23, 2024, Mr. Thomas was arrested and charged with Loitering, 2c:33-2.1, a disorderly persons offense in complaint warrant W-2024-005881-0408. According to the arrest report, an individual was observed conducting hand to hand transactions exchanging small unknown objects for paper currency. The individual was then observed providing Mr. Thomas paper currency. As a result, Mr. Thomas was taken into custody. |

Prob 12A – page 2
Preston J. Thomas

U.S. Probation Officer Action:
On October 25, 2024, Mr. Thomas contacted the undersigned officer to report the new arrest. He stated the address where he was arrested was his grandmother's home as well as the mailing address he uses. Mr. Thomas denied any illegal conduct and advised that he indents on taking this case to trial. He stated he was doing nothing wrong and was merely at his grandmother's home and greeted someone he knows.

Mr. Thomas reported both new arrests as directed, and in each instance, he denied involvement in illegal activities. Mr. Thomas explained that being a lifelong resident of Camden makes it nearly impossible to avoid individuals who may either be under investigation or have a criminal history. The undersigned officer continues to address the importance of his social network and how surrounding himself with positive individuals can help him avoid getting into situations such as the ones listed above. Mr. Thomas's term of supervised release is set to expire on February 5, 2025. At this time, we are respectfully requesting no formal Court action and this notice to serve as an official Court reprimand. The current pending case, W-2024-005881-0408, will be monitored, and the Court will be notified of any ongoing developments.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: JAVIER MARRERO
U.S. Probation Officer

/ jm

APPROVED:

_____    11/6/24
ANTHONY M. STEVENS           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time and Notice to Serve as Official Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/7/24
Date